FRANKLIN J. LOVE, BAR #80334
125 S. Citrus Ave.
Suite 101
Covina, California 91723
(626)653-0455

Attorney for Assignee of Record
CREATIVE RECOVERY CONCEPTS, INC.


UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| TOP RANK, INC., a Nevada Corporation | ) ) | CASE No. CV 00-12276 HLH(SHx) |
| Plaintiff | ) ) | |
| | ) | RENEWAL OF DEFAULT JUDGMENT |
| vs. | ) ) ) | |
| ADELA CONTRERAS and NATIVIDAD ESTEVES, individually and dba TROJAN III aka TROGAN III | ) ) ) | |
| Defendants | ) ) | |

Based upon the application for renewal of judgment and
pursuant to F.R.C.P. 69(a) and C.C.P. 683.110 through 683.320,
and good cause appearing, therefore:

The judgment against defendant ADELA CONTRERAS and NATIVIDAD
ESTEVES individually and dba TROJAN III aka TROGAN III, jointly
and severally, entered on May 18, 2001 is hereby renewed in the amounts set
forth below:

        Renewal of money judgment
            a. Total judgment          $11,200.00
            b. Costs after judgment     $      0.00
            c. Attorney Fees            $      0.00
            d. Subtotal                $11,200.00

Renewal of Default Judgment
Case No. CV 00-12276 HLH (SHx)

```
          e. Credits after Judgment      $      0.00
          f. Subtotal                    $11,200.00
          g. Interest after Judgment     $ 2,757.88
          h. Fee for filing renewal      $      0.00
          i. TOTAL RENEWED JUDGMENT      $13,957.88

             04/29/11                    Lori Muraoka
DATED:_____          CLERK,_____
                               by Deputy
```

Renewal of Default Judgment
Case No. CV 00-12276 HLH (SHx)